IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| TWIN CITY FIRE INSURANCE COMPANY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AXIS INSURANCE COMPANY, *et al.*, <br><br> Defendants. | Civil Action No. 22-cv-00769-LKG <br><br> Dated:  September 28, 2023 |

## AMENDED SCHEDULING ORDER

On September 28, 2023, the Court held a telephonic hearing to discuss the parties' respective motions to compel certain discovery.  Prior to the hearing, the parties filed a joint motion to extend the discovery deadlines as set forth in the Court's June 14, 2023, Scheduling Order on September 8, 2023.  ECF No. 49.  In light of the foregoing, and for the reasons stated during the hearing, the Court **GRANTS** the parties' joint motion and **MODIFIES** the Scheduling Order, dated June 14, 2023, as follows:

| | |
|---|---|
| Plaintiff's expert disclosures | **July 14, 2023** |
| Defendant's Rule 26(a)(2) expert disclosures | **August 14, 2023** |
| Plaintiff's rebuttal Rule 26(a)(2) expert disclosures | **August 28, 2023** |
| Rule 26(e)(2) supplementation of disclosures and responses | **September 4, 2023** |
| Submission of Plaintiff's privileged log | **September 29, 2023** |
| Defendant's motion to compel discovery regarding privileged documents | **October 9, 2023** |
| Plaintiff's response in opposition to Defendant's motion to compel | **October 23, 2023** |
| Defendant's reply brief | **October 30, 2023** |
| Completion of Discovery; submission of Post-Discovery | **January 2, 2024** |

Joint Status Report, *see* Part V

Requests for admission                                                **January 9, 2024**

Notice of Intent to File a Pretrial Dispositive Motion,               **January 30, 2024**
*see* Case Management Order Part II.A

      **IT IS SO ORDERED.**

                                    <u>s/ Lydia Kay Griggsby</u>
                                    LYDIA KAY GRIGGSBY
                                    United States District Judge