

**AXIS Insurance**

10000 Avalon Boulevard
Alpharetta, GA 30009

P.O. Box 4470
Alpharetta, GA 30023

January 12, 2022

**VIA E-MAIL**
Ezra S. Gollogy, Esq.
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD 21202
Email: egollogy@kg-law.com

      RE:    Re: *Wayne Padmore, et al. v. Atlas West End Silver Hill, LLC, Gates Hudson & Associates, Inc., et al.*, In the Circuit Court for Prince George's County, Maryland, Case No. CAL20-14812
             AXIS Claim No.:   019-000012089

Dear Mr. Gollogy:

      AXIS Surplus Insurance Company ("AXIS") hereby tenders the defense and indemnification of the above-captioned lawsuit on behalf of its named insured, Atlas West End Silver Hill, LLC ("Atlas") to your client, Twin City Fire Insurance Company and Hartford Casualty Insurance Company ("Hartford").

      As you area aware, this claim arises out of allegations of injuries sustained by residents at an apartment complex located at 3529 and 3527 Terrace Drive, Suitland, Maryland (the "Premises") as a result of carbon monoxide exposure at the Premises in January, 2019.

      Hartford's named insured, Gates Hudson & Associates, Inc. ("Gates Hudson") entered into a Property Management Agreement with Atlas (the "Agreement").  Under Section 8.(b) in the Agreement, Gates Hudson is required to obtain commercial general liability insurance in the amount of $1,000,000 per occurrence and an umbrella policy in excess of the general liability with a minimum limit of $13,000,000.  The Agreement further provides, under 8.(c) that "[Gates Hudson's] liability policies required hereunder shall list [Atlas] as an additional insured."   As Gates Hudson was required to obtain commercial general liability insurance naming Atlas as an additional insured, we tender this matter to Hartford to defend and indemnify Atlas.  We also request that you provide us with a copy of the relevant Hartford policy.

      Should you have any questions concerning this letter or feel the need to discuss this matter, please feel free to contact me directly.

AXIS002658



Very truly yours,

*Martee Stokes*

Martee Stokes, CPCU CCLA
Claims Manager
Tel#:   678-746-9000
Email: martee.stokes@axiscapital.com


CC:     Joseph Stampone
        jstampone@atlasrep.com

        Karen Tribik
        Karen.A.Tribik@marsh.com