# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TWIN CITY FIRE INSURANCE COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>AXIS INSURANCE COMPANY,<br><br>*Defendant*. | No. 1:22-cv-00769 (BAH) |

## ORDER

All parties moved jointly under Federal Rule of Civil Procedure 6(b)(1)(A) for an extension of certain discovery deadlines. ECF No. 82. The motion is GRANTED. The Court establishes the following deadlines:

- Discovery deadline extended to **May 30**;
- Requests for admissions extended to **June 6**;
- Close-of-discovery status report extended to **June 6**; and
- Notice of intent to file a dispositive motion extended to **June 6**.

All other deadlines remain unchanged.

It is so ordered.

May 3, 2024

/s/
Hon. Brendan A. Hurson, U.S.D.J.